

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-14-00758-CV

John A. **LANCE**, Debra L. Lance, F.D. Franks and Helen Franks,
Appellants

v.

Judith and Terry **ROBINSON,** Gary and Brenda Fest, Virginia Gray and Butch Townsend,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0100209
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellees' brief was filed on July 15, 2015. The next day, Appellees filed an unopposed motion to file an amended brief, and the amended brief.

Appellees' motion is GRANTED; Appellees' amended brief is deemed timely filed. *See* TEX R. APP. P. 38.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court